UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, S.I.,

       Plaintiff,                          Case No.: 2:26-cv-1206

   and

BENJAMIN SKUBAL,

       Involuntary Plaintiff,

   v.

AMAZON.COM, INC.,

       Defendant.

## NOTICE OF REMOVAL

Defendant Amazon.com, Inc. ("Amazon") hereby removes this action from the Circuit Court for Waukesha County, Wisconsin to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 on the grounds that there is diversity of citizenship among the parties and the amount in controversy exceeds $75,000, excluding interest and costs. In support of removal, Amazon states as follows:

### Nature of Plaintiff's Claims

1.     Plaintiff American Family Mutual Insurance Company, S.I. ("American Family") asserts a cause of action for strict product liability. American Family alleges that its insured, Involuntary Plaintiff Benjamin Skubal's, property was damaged by battery-powered electric socks sold and distributed by Amazon. (*See* Ex. A, *infra*, Compl., ¶¶ 4-6, 11-16.)

2. American Family alleges that it compensated Mr. Skubal for the property damage pursuant to an insurance policy between American Family and Mr. Skubal. American Family therefore asserts its cause of action based on subrogation rights arising from the policy. (*See id.* ¶ 7.)

**Diversity Jurisdiction**

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1).

4. First, there is complete diversity of citizenship because American Family and Mr. Skubal, on the one hand, and Amazon, on the other, are citizens of different States.

5. American Family is a citizen of Wisconsin because it is incorporated under the laws of Wisconsin and its principal place of business is located at 6000 American Parkway, Madison, Wisconsin 53783 (*See* Ex. A, Compl., ¶ 1.) *See also* 28 U.S.C. § 1332(c)(1) (stating that a corporation is a citizen of the state where it is incorporated and maintains its principal place of business); *Qin v. Deslongchamps*, 31 F.4th 576, 579 (7th Cir. 2022) (same).

6. Mr. Skubal is a citizen of Wisconsin because his principal residence is located at W184S6652 Jewel Crest Drive, Muskego, Wisconsin 53150 (*See* Ex. A, Compl., ¶ 2.) *Altom Transport, Inc. v. Westchester Fire Ins. Co.*, 823 F.3d 416, 420 (7th Cir. 2016) ("A natural person is a citizen of the state in which [he] is domiciled."); *Galva Foundry Co. v. Heiden*, 924 F.2d 729, 730 (7th Cir. 1991) (explaining that an individual is a citizen of the state "he considers his permanent home").

7. Amazon is a citizen of Delaware and Washington because it is incorporated under the laws of Delaware and its principal place of business is located at 410 Terry Avenue North, Seattle, Washington 98109.

2

8.      Second, upon information and belief, the matter in controversy exceeds $75,000 exclusive of interest and costs. *See Webb v. Fin. Indus. Regul. Auth., Inc.*, 889 F.3d 853, 859 (7th Cir. 2018) (explaining that "a plausible and good faith estimate of the amount in controversy" establishes diversity jurisdiction). American Family claims its damages exceed $300,000. (*See* Exhibit B, Letter from American Family to Amazon (Feb. 18, 2025).) Based on American Family's claimed damages in the February 2025 correspondence, the amount in controversy establishes diversity jurisdiction. *See Rising-Moore v. Red Roof Inns, Inc.*, 435 F.3d 813, 816 (7th Cir. 2006) (holding that settlement offers can establish the amount in controversy).

### Timeliness of Removal

9.      American Family served a copy of the Summons and Complaint filed in the State Court Action (defined *infra*) on Amazon on June 12, 2026 (*See* Ex. A., at 9 (Amazon's affidavit of service).) Because this Notice is being filed within 30 days of the date that Amazon was served a copy of the initial pleading in the State Court Action, removal is timely pursuant to 28 U.S.C. § 1446(b), as computed under Fed. R. Civ. P. 6(a).

### State Court File

10.      American Family initiated this action by filing a Complaint on June 11, 2026 in the Circuit Court for Waukesha County, Wisconsin, styled as *American Family Mutual Insurance Company, S.I., et al. v. Amazon.com, Inc.*, Case No. 2026-CV-001054 (the "State Court Action"). Pursuant to 28 U.S.C. § 1446(a), a complete copy of the file in the State Court Action, including all process, pleadings, and orders served upon Amazon, is attached hereto as **Exhibit A**. No motion is pending in the State Court Action as of the date of the filing of this Notice.

### Venue

11.      Venue is proper in this Court pursuant to 28 U.S.C. § 1446(a) because this Court is the district and division within which the State Court Action is pending.

**Service of Notice**

12. A copy of this Notice is being served on all adverse parties and filed with the Clerk of the Waukesha County Circuit Court pursuant to 28 U.S.C. § 1446(d).

**Preservation of Defenses**

13. By filing this Notice, Amazon does not waive, and hereby reserves, all rights to assert any applicable objection or affirmative defense to American Family's Complaint.

WHEREFORE, Amazon respectfully requests that this action be removed from the Circuit Court of Waukesha County, Wisconsin to the United States District Court for the Eastern District of Wisconsin.

Dated this 9th day of July, 2026.

GASS TUREK LLC
*Attorneys for Defendant Amazon.com, Inc.*

<u>s/ Richard T. Orton</u>
Richard T. Orton (WI SBN 1075733)
orton@gassturek.com
Joshua S. Greenberg (WI SBN 1107959)
greenberg@gassturek.com
241 N. Broadway, Suite 300
Milwaukee, Wisconsin 53202
Tel: 414-223-3300
Fax: 414-224-6116

4